IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **GARY J. MITCHELL,**<br><br>    **Plaintiff,**<br><br>    v.<br><br>**PROFESSIONAL PARKING MANAGEMENT CORPORATION,**<br><br>    **Defendant.** | **CIVIL ACTION NO.**<br>**1:24-CV-5138-SCJ-CCB** |

## ORDER

This matter is before the Court for consideration of pro se Plaintiff Gary J. Mitchell's application for leave to file this civil action *in forma pauperis* (IFP), without prepayment of fees and costs or security therefor, under 28 U.S.C. § 1915(a)(1). There are several deficiencies in Plaintiff's application that require him to refile it.

The IFP application directs applicants to complete all questions and to sign an affidavit in support of the application. It also directs applicants not to leave any blanks. Here, Plaintiff did not sign his application. *See* (Doc. 1 at 1). Moreover, there are many fields on the form that Plaintiff left blank. For example, in the "Income Source" section of the form, Plaintiff provides a value for the

"Employment" field but leaves all others blank. *See id.* at 1–2. Plaintiff must provide a response to each inquiry, even if the answer is "0" or "NA." Indeed, the form requires Plaintiff to identify all of his income sources, even if only in the "other" catchall category.

The Clerk is **DIRECTED** to send Plaintiff an IFP long form application stamped with the case number for this matter. Plaintiff should complete the IFP application in its entirety, sign the affidavit, and refile it by **November 27, 2024**.

**IT IS SO ORDERED,** this 13th day of November, 2024.

_____
CHRISTOPHER C. BLY
UNITED STATES MAGISTRATE JUDGE