**U.S. Department of Justice**
**United States Marshals Service**

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
FEB 03 2025
KEVIN P. WEIMER, Deputy Clerk
By: [signature]

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Gary J Mitchell | 1:24-cv-5138-SCJ-CCB |
| **DEFENDANT** | **TYPE OF PROCESS** |
| Professional Parking Management Corporation | Civil |

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

**SERVE AT**
Professional Parking Management Corporation
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1314 East Las Olas Blvd, Suite 405, Fort Lauderdale FL 33301

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:
Gary Mitchell
1647 Watersprings Way, Dacula Ga 30019

Number of process to be served with this Form 285: 1
Number of parties to be served in this case: 1
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of: ☑ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 470-981-3576
DATE: 12-2-24

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|
| 1 | No. 19 | No. 4 | Ponte Davis | 1.16.25 |

I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Date: 1-28-25  Time: 10:15 ☑ am

Signature of U.S. Marshal or Deputy: [signature] SP Finzebob #3900

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or (Amount of Refund) |
|---|---|---|---|---|---|
| 65 | 2.80 | $0 | 75.80 | | |

**REMARKS:**
1-28-25, CAN NOT LEGALLY SERVE PO BOX. NEED PHYSICAL ADDRESS. NO FORWARDING ADDRESS PROVIDED. RETURNED UNEXECUTED

Form USM-285
Rev. 11/18

PRIOR VERSIONS OF THIS FORM ARE OBSOLETE

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:24-cv-05138-SCJ-CCB

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* PROFESSIONAL PARKING MANAGEMENT CORPORATION
was received by me on *(date)* 1-17-2025.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☒ I returned the summons unexecuted because   SEE BELOW   ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 1-28-25

*Server's signature*

DAVID STINNEMAN AUTY
*Printed name and title*

United States Marshals Service
299 E. Broward Boulevard
Room 312
Ft. Lauderdale, FL 33301
*Server's address*

Additional information regarding attempted service, etc:

1-28-25, CAN NOT LEGALLY SERVE PO BOX. NEED PHYSICAL ADDRESS. NO FORWARDING ADDRESS PROVIDED. RETURNED UNEXECUTED.