| U.S. Department of Justice | **PROCESS RECEIPT AND RETURN** |
|---|---|
| United States Marshals Service | *See "Instructions for Service of Process by U.S. Marshal"* |

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Gary J Mitchell | 1:24-cv-5138-scj-ccb |
| DEFENDANT | TYPE OF PROCESS |
| Professional Parking Management Corporation | Civil |

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

**SERVE AT**
Professional Parking Management Corporation
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1314 East Las Olas Blvd, Suite 405, Fort Lauderdale FL 33301

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Gary Mitchell
1647 Watersprings Way, Dacula Ga 30019

- Number of process to be served with this Form 285: 1
- Number of parties to be served in this case: 1
- Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of: ☑ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 470-981-3826
DATE: 12-2-24

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
Total Process: 1
District of Origin No.: 19
District to Serve No.: 4
Signature of Authorized USMS Deputy or Clerk: Ponte Davis
Date: 1.16.25

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below

☑ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):
Date: 1-28-25  Time: 10:15 ☑ am ☐ pm

Address (complete only different than shown above):
Signature of U.S. Marshal or Deputy: STFingerb #3900

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or (Amount of Refund) |
|---|---|---|---|---|---|
| 65 | 2.80 | $0 | 75.80 | | |

REMARKS:
1-28-25, CAN NOT LEGALLY SERVE PO BOX. NEED PHYSICAL ADDRESS. NO FORWARDING ADDRESS PROVIDED. RETURNED UNEXECUTED

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
FEB 13 2025
KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

PRIOR VERSIONS OF THIS FORM ARE OBSOLETE

Form USM-285
Rev. 11/18

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:24-cv-05138-SCJ-CCB

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Professional Parking Management Corporation
was received by me on *(date)* 1-17-2025.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☒ I returned the summons unexecuted because   See Below   ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 1-20-25

Server's signature: David Stanmeyer Jr.

Printed name and title

Server's address:
United States Marshals Service
299 E. Broward Boulevard
Room 312
Ft. Lauderdale, FL 33301

Additional information regarding attempted service, etc.:

1-20-25, CAN NOT LEGALLY SERVE PO BOX. NEED PHYSICAL ADDRESS. NO FORWARDING ADDRESS PROVIDED. RETURNED UNEXECUTED.