### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| **GARY J. MITCHELL,** | |
| **Plaintiff,** | **CIVIL ACTION NO.** |
| | **1:24-CV-5138-SCJ-CCB** |
| v. | |
| **PROFESSIONAL PARKING MANAGEMENT CORPORATION,** | |
| **Defendant.** | |

### ORDER

Defendant was served on April 8, 2025, and its answer was due by April 29, 2025. (Doc. 15). Because Defendant has not responded to the complaint or otherwise appeared in the case, the Court directed Plaintiff to notify the Court how he wishes to proceed. (Doc. 17). Plaintiff, who is proceeding pro se, has not responded the Court's order, and the time to do so has passed. Plaintiff is **ORDERED** to respond to the Court's May 21, 2025 order by **June 25, 2025**.

Plaintiff is cautioned that I will recommend that this case be dismissed for want of prosecution if he does not comply with this order. *See* Fed. R. Civ. P. 37(b)(2)(A), 41(b); LR 41.3(A)(2), NDGa. ("The Court may, with or without notice

to the parties, dismiss a civil case for want of prosecution if . . . [a] plaintiff . . . shall, after notice, . . . fail or refuse to obey a lawful order of the Court . . . .").

The Clerk is **DIRECTED** to send Plaintiff a copy of the Court's May 21, 2025 order, (Doc. 17), and to resubmit this matter to the undersigned on June 25, 2025.

**IT IS SO ORDERED,** this 12th day of June, 2025.

_____
CHRISTOPHER C. BLY
UNITED STATES MAGISTRATE JUDGE